FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER BAUMANN,<br><br>Defendant | Crim. No.<br><br>VIOLATIONS: 17CR10211-<br><br>18 U.S.C. § 371 (Conspiracy to Distribute Controlled Substances)<br><br>18 U.S.C. § 371 (Conspiracy to Traffic Counterfeit Drugs)<br><br>18 U.S.C. § 1956(h) (Conspiracy to Engage in Money Laundering)<br><br>21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances)<br><br>18 U.S.C. § 2320 (Trafficking Counterfeit Drugs)<br><br>18 U.S.C. §§ 981(a)(1)(C), 982, 2323(b), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) (Criminal Forfeiture Allegations) |

## GOVERNMENT'S ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified Onyx Pharmaceuticals as an organizational victim. Onyx Pharmaceuticals is a wholly owned subsidiary of Amgen Inc.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/Amy Harman Burkart
Amy Harman Burkart
Assistant United States Attorney

Dated: July 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>  /s/*Amy Harman Burkart*
> Amy Harman Burkart
> Assistant United States Attorney

Date:  July 12, 2017